IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., Z-160, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 21-437-CG-MU ) |
| TERRY RAYBON, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's class action request (Doc. 1) and Motion to Amend Complaint (Doc. 6) be and are hereby **DENIED.**

**DONE and ORDERED** this 16th day of March, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE