IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, <br> AIS #Z610, <br><br> Plaintiff, <br><br> v. <br><br> TERRY RAYBON, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:21-CV-0437-CG-MU <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF FILING EXHIBITS TO SPECIAL REPORT

Defendants Terry Raybon and John Hamm, in accordance with this Court's Order of April 14, 2022 (doc. 18), hereby submit the following redacted Exhibits in support of their earlier-filed Special Report (doc. 15):

### DEFENDANTS' EXHIBITS

Exhibit 3 – Administrative Regulation 421 – Death Row (effective January 2016-December 2021)

Exhibit 4 – Administrative Regulation 421 – Death Row (effective December 2021-March 2022)

Respectfully submitted,

s/ Laura E. Howell
Laura E. Howell
Assistant Attorney General
*Counsel for Defendants Raybon and Hamm*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
334-242-7300 (T)
334-353-8400 (F)
Laura.Howell@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on April 14, 2022, electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and I further certify that I have mailed a copy of the same to the following:

Joe Nathan James
AIS# Z610
Holman Correctional Facility
Holman 3700
866 Ross Road
Atmore, AL 36503

                                              s/ Laura E. Howell
                                              Of counsel