Restricted - Not For Public Dissemination

ROBERT BENTLEY
GOVERNOR

# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883

JEFFERSON S. DUNN
COMMISSIONER

January 25, 2016

**ADMINISTRATIVE REGULATION** **OPR: OPERATIONS**
**NUMBER** 421

**DEATH ROW**

**I. GENERAL**

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes responsibilities, policies, and procedures for the management of Death Row inmates.



Restricted - Not For Public Dissemination

Restricted - Not For Public Dissemination

Restricted - Not For Public Dissemination

4. Property. Inmates assigned to the death row unit shall be permitted the following items:

a. Shower shoes (1 pair)

b. Reading / Writing / Education & Legal Materials:

(1) Pens or Pencils (4);

(2) Legal Papers (not to exceed a stack 36 in. high);

(3) Stamps (48); and

(4) Publications (4)/Paperback Books (4) approved by Warden/designee

c. Hygiene Items:

(1) Deodorants ( 4 total);

Restricted - Not For Public Dissemination

(2) Lotions ( 2 total – 16 oz. each);

(3) Shampoo ( 2 total – 16 oz. each);

(4) Soap (6 bars total);

(5) Conditioner ( 2 total); and

(6) Hair product ( 2 total).

d. Additional Personal Items:

(1) Television – (One) 13 inch to 19 inch, earphone jack equipped;

(2) Radio and Headphones ( 1 hand held );

(3) Approved canteen items; and

(4) Fan – (One) 8 inch, clear fan.

Restricted - Not For Public Dissemination

**Restricted - Not For Public Dissemination**

**Restricted - Not For Public Dissemination**

Restricted - Not For Public Dissemination

12. Radios / Televisions / Fans:

    a. Death row inmates may be permitted to have one (1) radio with earphones. Radios must be purchased from the canteen.

    b. Death row inmates may be permitted to have one (1) 13 inch to 19 inch television with a remote control. Televisions must be purchased from the funds on the inmate's account.

    c. Death row inmates may be permitted one (1) 8 inch clear fan. Fans must be purchased from the funds on the inmate's account. Inmates that are on psychotropic medication and do not receive any funds may receive a fan through the Institution Contingency Fund (ICF).

Restricted - Not For Public Dissemination

**ANNEX:**

A. ADOC Death Row Orientation

Jefferson S. Dunn
Commissioner

Restricted - Not For Public Dissemination

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

## ORIENTATION ACKNOWLEDGEMENT

By my signature below, I acknowledge that I have received an orientation of the death row unit rules. I have had an opportunity to read the orientation and ask questions. I understand that my failure to abide by these rules will result in disciplinary action(s).

| Inmate's Name (Print) | AIS # | Inmate's Signature | Date |
|---|---|---|---|

| Officer's Name (Print) | | Officer's Signature | Date |
|---|---|---|---|

ADOC Form 421-A – January 25, 2016

Restricted - Not For Public Dissemination

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

# DEATH ROW ORIENTATION

1. It is your responsibility to abide with and obey all rules established in the Inmate Handbook, the administrative regulations of the Alabama Department of Corrections and the laws of the State of Alabama.

2. All cells will be inspected routinely. Cells should be kept clean, orderly and beds will be made properly. Do not write, mark, deface, or attach any objects to the cell walls.

3. Only authorized items are permitted and may include, but not limited to:

    a. Current legal papers and only two law books. Books must be returned to the law library within 48 hours.

    b. Stationary items are limited to envelopes, notebook pads, or loose leaf paper, writing instruments, and 48 postage stamps.

    c. One hair comb, six bars of soap, three toothbrushes, three tubes of toothpaste, four deodorants, six rolls of toilet paper, two face towels, two towels, two sheets, one pillow, one pillowcase, one blanket and one mattress; one pair of shoes and one pair of shower slides.
        1. Female inmates will be allowed five pair of pants, five shirts, seven t–shirts, seven bras, seven pair of panties, seven pair of socks.
        2. Male inmates will be allowed five pair of pants, five shirts, five t-shirts, five sets of underwear, five pair of socks

    d. Four books total to include a Bible, or equivalent religious study book, educational (self-help) / dictionary, and novel. Four total publications of magazines, periodicals, or newspapers.

    e. One radio with headphones.

    f. One approved television with a remote control and headphones.

4. Unauthorized personal property shall be inventoried and stored in the property room for a period of thirty (30) days. At the end of the thirty (30) days, you must either send the items home, at your own expense, donate the items to charity, or the items shall be destroyed.

Restricted - Not For Public Dissemination

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

## DEATH ROW ORIENTATION (continuation)

5. A shower is required every other day.

6. Haircuts and shaves shall be maintained in accordance with departmental regulations. Shaving powder or clippers shall be furnished if needed.

7. You are not allowed to pass items from one cell to another at any time. This includes passing items in person, or by use of strings. Items you attempt to pass will be confiscated and destroyed.

8. Loud noise is not allowed. There should be no yelling, or beating on the cell walls or doors.

9. Meals are served in accordance with the population meal schedule. Retaining, throwing, or intentionally spilling food is a violation.

10. If canteen privileges are allowed, and when security permits, permission may be granted for you to purchase items from the canteen in the same amounts authorized for the general population inmates weekly. All canteen purchases will be approved by the Warden / designee.

11. Visitation is permitted up to twice per month from those persons on your approved visitation list. The Warden / designee must approve all visitation prior to the visitor's arriving at the institution. It will be your responsibility to inform all potential visitors of your status and visitation restrictions.

12. The telephone is available for telephone calls to those persons on your approved list. A telephone call within thirty-six (36) hours of your arrival will be allowed to inform family of your whereabouts. Attorney calls will not be monitored or recorded.

Restricted - Not For Public Dissemination

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

## DEATH ROW ORIENTATION (continuation)

13. Mail will be delivered on regular business days by the security staff. Each inmate is allowed two (2) free stamps each week for use on legal mail. Officers will pick up the outgoing mail. All outgoing mail must have your name, AIS number and address on it. All incoming mail must have a full return mailing address to include the name of the person sending the mail on the envelope. The mailing address for the institution shall be provided.

14. You will be afforded the opportunity to exercise at least five (5) hours over a seven (7) day period when weather and security permits.

15. Medical and dental sick call will be made daily. Pill call will be held at least twice daily. When routine medical attention is needed, you should:

    1) notify an on-duty officer;

    2) fill out a sick call request (including your name, AIS number, cell number, and nature of the illness);

    3) give the request to the pill call nurse.

    4) emergency medical, dental, and psychological care will be provided as needed.

16. Laundry items will be marked with your cell number and collected/delivered according to the laundry schedule.

17. You shall be in Z-1 status for at least ninety (90) days.

18. Notary public shall be available at least once a week.

19. The Unit Supervisor shall visit the death row unit daily.

20. The mental health staff shall visit the death row unit at least twice a week.

21. The Chaplain shall visit the death row unit once a week.

22. When questions arise, contact the correctional officer on duty.