


# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883

**KAY IVEY**
GOVERNOR

**JEFFERSON S. DUNN**
COMMISSIONER

December 21, 2021

TO:    WARDENS                                                          CHANGE # 1
            HEADS OF STATE AGENCIES               ADMINISTRATIVE REGULATION
                                                                                           421

            DIVISION HEADS
            ADMINISTRATIVE REGULATION MONITORS

## DEATH ROW

PURPOSE:    To update Annex A, *Death Row Orientation*, and Add Attachment A, *Designation of Spiritual Advisor and Alternate for Attendance in Execution Chamber* and Attachment B, *Template Written Plan for Attendance of a Spiritual Advisor in the Execution Chamber.*



Jefferson S. Dunn
Commissioner

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

ANNEX

DEATH ROW ORIENTATION

1. It is your responsibility to abide with and obey all rules established in the Inmate Handbook, the administrative regulations of the Alabama Department of Corrections and the laws of the State of Alabama.

2. All cells will be inspected routinely. Cells should be kept clean, orderly and beds will be made properly. Do not write, mark, deface, or attach any objects to the cell walls.

3. Only authorized items are permitted and may include, but not limited to:

    a. Current legal papers and only two law books. Books must be returned to the law library within 48 hours.

    b. Stationary items are limited to envelopes, notebook pads, or loose-leaf paper, writing instruments, and 48 postage stamps.

    c. One hair comb, six bars of soap, three toothbrushes, three tubes of toothpaste, four deodorants, six rolls of toilet paper, two face towels, two towels, two sheets, one pillow, one pillowcase, one blanket and one mattress; one pair of shoes and one pair of shower slides.

        1. Female inmates will be allowed five pair of pants, five shirts, seven t–shirts, seven bras, seven pair of panties, seven pair of socks.

        2. Male inmates will be allowed five pair of pants, five shirts, five t-shirts, five sets of underwear, five pair of socks

    d. Four books total to include a Bible, or equivalent religious study book, educational (self-help)/dictionary, and novel. Four total publications of magazines, periodicals, or newspapers.

    e. One radio with headphones.

    f. One approved television with a remote control and headphones.

4. Unauthorized personal property shall be inventoried and stored in the property room for a period of thirty (30) days. At the end of the thirty (30) days, you must either send the items home, at your own expense, donate the items to charity, or the items shall be destroyed.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

ANNEX

## DEATH ROW ORIENTATION (continuation)

5. A shower is required every other day.

6. Haircuts and shaves shall be maintained in accordance with departmental regulations. Shaving powder or clippers shall be furnished if needed.

7. You are not allowed to pass items from one cell to another at any time. This includes passing items in person, or by use of strings. Items you attempt to pass will be confiscated and destroyed.

8. Loud noise is not allowed. There should be no yelling or beating on the cell walls or doors.

9. Meals are served in accordance with the population meal schedule. Retaining, throwing, or intentionally spilling food is a violation.

10. Meals are served in accordance with the population meal schedule. Retaining, throwing, or intentionally spilling food is a violation.

11. Visitation is permitted up to twice per month from those persons on your approved visitation list. The Warden / designee must approve all visitation prior to the visitor's arriving at the institution. It will be your responsibility to inform all potential visitors of your status and visitation restrictions.

12. The telephone is available for telephone calls to those persons on your approved list. A telephone call within thirty-six (36) hours of your arrival will be allowed to inform family of your whereabouts. Attorney calls will not be monitored or recorded.

13. Mail will be delivered on regular business days by the security staff. Each inmate is allowed two (2) free stamps each week for use on legal mail. Officers will pick up the outgoing mail. All outgoing mail must have your name, AIS number and address on it. All incoming mail must have a full return mailing address to include the name of the person sending the mail on the envelope. The mailing address for the institution shall be provided.

14. You will be afforded the opportunity to exercise at least five (5) hours over a seven (7) day period when weather and security permits.

15. Medical and dental sick call will be made daily. Pill call will be held at least twice daily. When routine medical attention is needed, you should:

    a. notify an on-duty officer;

Annex to AR 421 – December 21, 2021

RESTRICTED AR-NOT FOR PUBLIC DISSEMINATION

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

**ANNEX**

**DEATH ROW ORIENTATION (continuation)**

    b.    fill out a sick call request (including your name, AIS number, cell number, and nature of the illness);

    c.    give the request to the pill call nurse;

    d.    emergency medical, dental, and psychological care will be provided as needed.

16. Laundry items will be marked with your cell number and collected/delivered according to the laundry schedule.

17. You shall be in Z-1 status for at least ninety (90) days.

18. Notary public shall be available at least once a week.

19  The Unit Supervisor shall visit the death row unit daily.

20. The mental health staff shall visit the death row unit at least twice a week.

21. The Chaplain shall visit the death row unit once a week.

22. When questions arise, contact the correctional officer on duty.

Notice of Warrant

23. Once the death warrant has been issued for your execution, the Warden will advise you that it has issued and inform you that:

    a.    You may select one (1) spiritual advisor to accompany you in the execution chamber;

    b.    You may select one (1) alternate spiritual advisor to serve in the event that the originally named spiritual advisor will not/cannot serve at the time of your execution;

    c.    You may choose to use the *Designation of Spiritual Advisor and Alternate for Attendance in Execution Chamber* (Attachment A, December 21, 2021), which the Warden will provide to you at the time the Warden advises you that the death warrant has issued. You must inform the Warden of your choice of spiritual advisor and alternate no later than five (5) days after being advised of the death warrant;

Annex to AR 421 – December 21, 2021

**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

**ANNEX**

**DEATH ROW ORIENTATION (continuation)**

    d.    What estimated time it will take for the spiritual advisor and alternate to complete the religious exercise identified above (ordinarily, the time should be limited to the proposed religious activity to approximately a five (5) minute period); and

    e.    Any other specific requests not included in a. through d., above.

24. You may choose to use the *Template Written Plan for Attendance of a Spiritual Advisor in the Execution Chamber* (Attachment B, December 21, 2021), which the Warden will provide to you at the time the Warden advises you the death warrant has issued.

25. The written plan of the spiritual advisor and alternate will be reviewed by the Warden to ensure that you have an opportunity to practice your religious faith as long as the expression does not pose a threat to security, safety, or orderly function of the institution.

26. The Warden will review the written plan within seven (7) days. If the written plan is denied, the Warden will identify in writing the specific component(s) in the plan that present the safety or security risk. The Warden will give you five (5) days to amend and resubmit the written plan.

27. Once the written plan is approved, the Warden or his/her designee will arrange a meeting with your spiritual advisor and alternate to review the plan, and for orientation and training in advance of the execution. This meeting will be held within two weeks of the execution date.

Annex, AR 421 – December 21, 2021

RESTRICTED AR-NOT FOR PUBLIC DISSEMINATION



RESTRICTED AR-NOT FOR PUBLIC DISSEMINATION