# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., Z-160, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION 21-437-CG-MU ) |
| TERRY RAYBON, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's action is hereby **DISMISSED.**

**DONE and ORDERED** this 20th day of January, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE