**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOE NATHAN JAMES, JR., Z-160, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 21-437-CG-MU |
| ) | |
| TERRY RAYBON, et al., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's action is hereby **DISMISSED.**

**DONE and ORDERED** this 20th day of January, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE